Francis D. WASHIA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48445.

Missouri Court of Appeals,
Western District.

Oct. 11, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

## *ORDER*:

PER CURIAM:

Appeal from the denial of a Rule 24.035 post-conviction motion.

Affirmed. Rule 30.25(b).